No. 262. NAPLES *v.* MAXWELL, WARDEN, 393 U. S. 1080;

No. 587. SHELTON *v.* STYNCHCOMBE, SHERIFF, 393 U. S. 1089;

No. 851. GEFEN *v.* UNITED STATES, 393 U. S. 1119;

No. 882. REDDY *v.* UNITED STATES, 393 U. S. 1085;

No. 885. HOLT *v.* UNITED STATES, 393 U. S. 1086;

No. 903. BAILEY'S BAKERY, LTD. *v.* CONTINENTAL BAKING CO. ET AL., 393 U. S. 1086;

No. 909. HAHN *v.* KENTUCKY ALCOHOLIC BEVERAGE CONTROL BOARD ET AL., 393 U. S. 1086;

No. 1185, Misc. SPEARS *v.* UNITED STATES, *ante,* p. 909;

No. 1198, Misc. CHAMBERS ET UX. *v.* COLONIAL PIPELINE CO., *ante,* p. 907;

No. 1330, Misc. ZIDE *v.* FLORIDA, *ante,* p. 911; and

No. 1342, Misc. KAMSLER *v.* ILLINOIS, *ante,* p. 911. Petitions for rehearing denied.

No. 879. HENZEL *v.* FLORIDA, 393 U. S. 1085. Petition for rehearing denied. MR. JUSTICE FORTAS took no part in the consideration or decision of this petition.

No. 878. SERTA ASSOCIATES, INC. *v.* UNITED STATES, 393 U. S. 534. Petition for rehearing denied. MR. JUSTICE WHITE took no part in the consideration or decision of this petition.